Alan E. Wisotsky (SBN 68051)
James N. Procter II (SBN 96589)
Jeffrey Held (SBN 106991)
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:     (805) 278-0920
Fax:     (805) 278-0289
E-mail:  jheld@wps-law.net

JS-6

Attorneys for Defendants COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE, GEOFF DEAN, HARRY LAUBACHER, and PABLO RODRIGUEZ *[erroneously sued and served as P. Rodriguez]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODIE KLEIMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF VENTURA, a municipal corporation; VENTURA COUNTY SHERIFF'S OFFICE, a public entity; GEOFF DEAN, individually and in his capacity as Sheriff of the Ventura County Sheriff's Office; HARRY LAUBACHER, individually and in his capacity as a Deputy Sheriff of the Ventura County Sheriff's Office; P. RODRIGUEZ, individually and in his capacity as a Deputy Sheriff of the Ventura County Sheriff's Office; and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. CV12-05979 R (SHx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS** |

   The Honorable Manuel L. Real, United States District Judge, hereby orders judgment entered in favor of defendants County of Ventura, Ventura County Sheriff's Office, Geoff Dean, Harry Laubacher, and Pablo (Paul Rodriguez) on the plaintiff's

three federal causes of action. These are the first through third causes of action, all brought under 42 U.S.C. §1983.

The basis of the Court's entry of judgment in favor of the defendants on the federal causes of action is the granting of the defendants' summary judgment motion at the August 5, 2013, hearing. At that hearing, the plaintiff appeared in pro se and represented herself during argument of the motion, while defendants were represented by counsel, Jeffrey Held.

The Court articulated the reasons and authorities for its ruling granting the summary judgment motion as to the three federal causes of action on the record during the August 5, 2013, summary judgment hearing. This document constitutes the final judgment in favor of the defendants on the three federal causes of action and dismisses the remaining four state-law causes of action without prejudice.

Dated: August 19, 2013

MANUEL L. REAL
United States District Judge